# Court of Appeals
# of the State of Georgia

ATLANTA,___December 22, 2014___

*The Court of Appeals hereby passes the following order:*

**A15D0171.  DAVID GRAHAM v. THE STATE.**

David Graham filed an extraordinary motion for new trial, which the trial court denied on September 26, 2014.   On November 26, 2014, Graham filed this application for discretionary appeal.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Graham filed his application 61 days after entry of the order he seeks to appeal.  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,_____12/22/2014_____
    *I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____, *Clerk.*